Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 MAY 19  PM 12: 54

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Michele Marie Cummings

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Denver Colorado Police Department

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑ Yes  ☐ No

1:22-CV-01151-GPG

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name               Michele Marie Cummings
Street Address     4765 Federal Blvd. #109
City and County    Denver  Denver
State and Zip Code Colorado  80211
Telephone Number   720-574-6053
E-mail Address     michelecummings3@outlook.com

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Page 1 of 5

**Defendant No. 1**

Name — *Denver Colorado Police Department*

Job or Title *(if known)*

Street Address — *1331 Cherokee St.*

City and County — *Denver Denver*

State and Zip Code — *Colorado 80204*

Telephone Number — *720-913-6037*

E-mail Address *(if known)*

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Constitution of United States of America Amendment XIV

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

1:22-cv-01151-GPG
5-18-22

B.

2. The Defendant(s)
   a. Individual
   b. Corporation

I'm not sure how to fill this out.
It's the City and County of Denver
Colorado. Denver Colorado Police
Department.

I may be naming individual(s)
When I have the correct information, ie,
Names, badge numbers, vechiles but
not limited to this information
only. I'd like the option to do so if
legally able.

It seems that charging people criminally
is certainly not in my best interest at
this time.

I'm not sure if I should ask for waiver
of service until I'm certain of the
defendents?

1 of 5

1:22-CV-01151-GPG
5-18-22

III.   Statement of Claim

Incident # DPD-19-0104725 & DPD-19-0104970

Assaulted February 19, 2015
926 W. 6TH Ave Denver, Colorado
Property is on the District 1 and District
3 bowdry lines.

Called 911   21:25
1st Unit Arrived  21:54
   29 minutes later
EMS @ 21:57  Incident # 201902-015716
Hard Cart Requested 22:30
   33 minutes later
Total of 1 hour and 3 minutes

I have a brain injury, I've had 3 eye
surgeries. I'm blind in 1 eye. I live
in a tremendous amount of pain and
am noticably disfigured. I was bleeding
from my face, there was a large
pool of blood visible on the floor.
The police refuse to give me a police
report. I was given a 1 page
narrative.
6 SOS's                              2 oF 5

1:22-CV-01151-GPG
5-18-22

## IV. Relief

I'd like to ask for protection. This was a gang related assault (Mexican Mafia). I've reported two theft cases, never been resolved, no questions asked. I've tried to report crimes against me by someone the police are protecting more then once. They would not even take a report/complaint May 7, 2021. I believe he was involved and so was a friend of his in my assault. The two men may be gang members. I've been lied to about their identies. I need that police report. There's past history of physcial violence towards me. Constant threats. I need to know who those two men are. Please.

There was an undercover officer, possibly Federal Agent. I called him him that night. Where is he?

The police refuse to give me their badge numbers. I requested the inital report and I need the discovery (I think its called). They sent me a paragraph narrative.

30FS  20E

1:22-cv-01151-GPG
5-18-22

I can prove, with evidence all of it. I'd like
to be referred to the Marshalls. I think
its necessary to move out of Denver. I would
like the option to have my children, or
mother join me, at their request. We are all
being gaslighted. I can and will prove it.
I believe I have a reasonable request,
I believe some of us (family) are in
danger. Not limited to my children and
mother. I'm not in a position to
speak freely. We've all been threatened.
There's personal reasons behind this that
need to be addressed. I have to begin
somewhere.

Charges in this double aggrevated assault
case were never filed, there's only a
go # per (Scott Wagner, District Attorneys
Office).

My cell phone is being hacked, more like
my phone was stolen. I filed a police
report on line, October 21, 2021 case #
2021-602111. Two email accounts were
open and also my facebook account. It
seems like someone may be impersonating me.

4 of 5

1:22-CV-01151-GPG
5-18-22

I regularly recieve unsolicated emails, not within the scope of my ~~later~~ interests. My Text Now account has also been spoken about. There's a right to privacy that I assume. There's nothing to indicate I'm on ~~an~~ a public wireless address.

My resources are limited.

I need a rental car, a laptop, a printer/copier. I'd also like to request an I-Phone. I have never driven since I was assaulted.

I'd also like the court to order a companion. A service dog for my disability. A dog that from a puppy can be trained to meet my needs. Please.

I'd like to proceed Pro Se, unless the court deems necessary and will appoint a Pro Bono Attorney.

In this Civil Rights Case # 1:22-CV-01151-GP6L (GPG)

3 million dollars and no cents.

5 of 5

Case # 1:22-cv-01151-GPG          May 18, 2022

Copied: Complaint for Civil Case 5 pages
Plus 5 handwritten pages

Application to proceed in District Court
without prepaying fees or costs (long form)
5 pages

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_____

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   May 18, 2022

Signature of Plaintiff   *MMCummings*

Printed Name of Plaintiff   *Michele M. Cummings*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____